

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00568-CV

Selena **PESQUEDA**, Et al.,
Appellants

v.

**UTILITY LINES CONSTRUCTION SERVICES**, et al.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05581
Honorable Richard Price, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellants are not entitled to appeal without paying the fee.

We, therefore, **ORDER** appellants to provide written proof to this court by **October 28, 2016** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court